JESSIE ROEDIGER, as Administratrix of the Estate of
LOUISA ROEDIGER, Deceased, Appellant, *v.* NELLIE
KRAFT et al., as Executors of TRAUGOTT F.M. ROEDIGER,
Deceased, Respondents.

*Roediger* v. *Kraft*, 169 App. Div. 304, affirmed.
(Argued December 11, 1916; decided December 28, 1916.)

APPEAL from a judgment, entered September 23, 1915,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of plaintiff entered upon a decision of the
court on trial at Special Term and directing a dismissal
of the complaint in an action brought by the plaintiff in
her representative capacity for an accounting of certain
moneys received by the defendants' testator, which
belonged to the estate of his wife, plaintiff's decedent,
passing under the will of Jacob Miller, her father. The
suit was brought upon the theory that by the receipt of
these moneys, which were the property of Mrs. Roediger's
estate, and payable only to her legal representative, being
personal property, defendant's testator constituted him-
self a trustee *de son tort*, by reason of his intermeddling
with trust funds.

*Wales F. Severance* and *Gustav Lange, Jr.*, for
appellant.

*William W. Pellet* and *James Lehmaier* for
respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN,
CARDOZO and POUND, JJ.